FILED
2020 Feb-18 AM 10:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| ANTONIO JAMES GIBSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 5:19-cv-01051-LSC-JEO |
| STATE OF ALABAMA, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on December 23, 2019, recommending this action be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief may be granted. (Doc. 6). Although the report and recommendation was not returned as undeliverable, and the plaintiff had not notified the court of any change of address, on January 21, 2020, the magistrate judge noted the Alabama Department of Corrections' inmate locator website reflected the plaintiff had been transferred to Bullock Correctional Facility and ordered that an additional copy of the report and recommendation be sent to the plaintiff at his updated address. (Doc. 7). Both copies of the report and recommendation served on the plaintiff advised him of his right to file objections within fourteen (14) days. That time has expired and no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, in accordance with 28 U.S.C. § 1915A(b), this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted.

A Final Judgment will be entered.

**DONE** AND **ORDERED** ON FEBRUARY 18, 2020.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704